UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACIO CRUZ AMAYA, also known as AARON ROJAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>L.A. MARTINEZ,<br><br>　　　　　Respondent. | Case No. 2:23-cv-00559-WLH-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

　　　　Pursuant to 28 U.S.C. § 636 the Court has reviewed the Petition, all of the records herein, the attached Report and Recommendation of United States Magistrate Judge, and Petitioner's Objections to the Report and Recommendation.  The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected.  The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

　　　　IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

　　　　Further, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that the

1  court erred in its procedural ruling and, therefore, a certificate of
2  appealability will not issue in this action. *See* 28 U.S.C. § 2253(c)(2);
3  Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003);
4  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

6  DATED: 11/29/2023

7  HON. WESLEY L. HSU
   UNITED STATES DISTRICT JUDGE

2