UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACIO CRUZ AMAYA, also known as AARON ROJAS,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>L.A. MARTINEZ,<br><br>　　　　　　　Respondent. | Case No. 2:23-cv-00559-WLH-SSC<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATED: 11/29/2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. WESLEY L. HSU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE